UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN J. SQUIRE,

    Plaintiff,

v.

    Case No. 25-cv-12591
    HON. GERSHWIN A. DRAIN

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER DISMISSING CASE

On September 8, 2025, the Plaintiff submitted a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i). Accordingly, this action is DISMISSED.

SO ORDERED.

Dated: September 15, 2025

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge